# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 24, 2013

## NO. 03-13-00143-CR

**Julio Cesar Castro, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
DISMISSED -- OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that the appeal should be dismissed: it is **ORDERED, ADJUDGED** and **DECREED** by the Court that the appeal be dismissed in accordance with the opinion of this Court; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs be made; and that this decision be certified below for observance.